UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MENNO VAN WYK, | CASE NO. C25-0031JLR |
| Plaintiff, | ORDER |
| v. | |
| CHASE BANK USA NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Before the court is the parties' stipulated motion to extend the dispositive motions deadline. (Stip. (Dkt. # 24).)  The current dispositive motions deadline is March 2, 2026, and a bench trial is set for June 15, 2026.  (Sched. Order (Dkt. # 15).)  The parties ask the court to continue the dispositive motions deadline to March 9, 2026, because they are currently negotiating a resolution of this case.  (Stip. at 1.)

The court GRANTS the parties' stipulated motion (Dkt. # 24) and CONTINUES the dispositive motions deadline to March 9, 2026.  The parties are placed on notice that

ORDER - 1

further continuances of this deadline put their trial date at risk.  Therefore, the court will deny any future motions to continue the dispositive motions deadline absent a showing of extraordinary circumstances.

Dated this 27th day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2