THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MENNO VAN WYK, an unmarried individual, )
                                        )   Case No.  2:25-cv-00031-JLR
                Plaintiff,              )
                                        )
        v.                              )   **STIPULATION AND [~~PROPOSED~~]**
                                        )   **ORDER OF DISMISSAL WITH**
JPMORGAN CHASE BANK, N.A.; ALISON       )   **PREJUDICE**
RUTH DEFRESE, an individual; and ALISON )
RUTH DEFRESE and JOHN DOE DEFRESE,      )   **NOTE ON MOTION CALENDAR:**
a marital community,                    )   **APRIL 2, 2026**
                                        )
                Defendants.             )
                                        )

Defendant JPMorgan Chase Bank, N.A. ("Chase") and Plaintiff Menno Van Wyk

stipulate and request that the Court dismiss all claims against Chase in this matter with prejudice

and without costs as the parties have reached a mutually agreeable resolution.

DATED: April 2, 2026

BENDER LAW PLLC                         BALLARD SPAHR LLP

By_s/ *John A. Bender*_____             By_s/ *John S. Devlin*_____
    John A. Bender, WSBA No. 19540          John S. Devlin, III, WSBA No. 23988
    450 Alaskan Way S. Suite 200            Dailey C. Koga, WSBA No. 58683
    Seattle, WA 98104                       Emily Ann Williams, WSBA No. 58648
    Tel: 206-390-9676                       1301 Second Avenue, Suite 2800
    john@bender-law.com                     Seattle, WA 98101
*Attorneys for Plaintiff Menno Van Wyk*     Tel: 206-223-7000
                                            Fax: 206-223-7107
                                            devlinj@ballardspahr.com
                                            kogad@ballardspahr.com
                                            williamsea@ballardspahr.com
                                        *Attorneys for Defendant JPMorgan Chase*
                                        *Bank, N.A.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:25-CV-00031-JLR

**ORDER**

THIS MATTER came before the Court on the foregoing stipulation between Plaintiff Menno Van Wyk and Defendant JPMorgan Chase Bank, N.A. ("Chase").

It is hereby ORDERED that the claims against Chase only are dismissed in their entirety, with prejudice, and without costs to either party.

IT IS SO ORDERED this 3rd day of April, 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

BALLARD SPAHR LLP

By  s/ *John S. Devlin*
    John S. Devlin, III, WSBA No. 23988
    Dailey C. Koga, WSBA No. 58683
    Emily Ann Williams, WSBA No. 58648
    1301 Second Avenue, Suite 2800
    Seattle, WA 98101
    Tel: 206-223-7000
    Fax: 206-223-7107
    devlinj@ballardspahr.com
    kogad@ballardspahr.com
    williamsea@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

BENDER LAW PLLC

By  s/ *John A. Bender*
    John A. Bender, WSBA No. 19540
    450 Alaskan Way S. Suite 200
    Seattle, WA 98104
    Tel: 206-390-9676
    john@bender-law.com

*Attorneys for Plaintiff Menno Van Wyk*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:25-CV-00031-JLR

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA 98101
206.223.7000  FAX: 206.223.7107