UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MENNO VAN WYK, | CASE NO. C25-0031JLR |
| Plaintiff, | ORDER |
| v. |  |
| CHASE BANK USA NATIONAL ASSOCIATION, et al., |  |
| Defendants. |  |

On February 27, 2026, the court granted the parties' stipulated motion to extend the dispositive motions deadline to allow the parties to focus on settlement discussions. (2/27/26 Order (Dkt. # 25).)  On April 2, 2026, Plaintiff Menno Van Wyk and Defendant Chase Bank USA National Association ("Chase") filed a stipulation and proposed order of dismissal as to Mr. Van Wyk's claims against Chase only.  (4/2/26 Stip. (Dkt. # 26).) The court granted the stipulation, leaving Mr. Van Wyk's claims against *pro se* Defendant Alison Ruth Defrese pending.  (*See* 4/3/26 Order (Dkt. # 27); *see also* Am.

ORDER - 1

Compl. (Dkt. # 14).)  The court's Courtroom Deputy Clerk has since been in communication with Mr. Van Wyk's counsel regarding the status of Mr. Van Wyk's claims against Ms. Defrese.  Counsel has repeatedly represented that either a stipulation of dismissal or a notice of voluntary dismissal is forthcoming.

A bench trial in this matter is set for June 15, 2026, and pre-trial deadlines are fast approaching.  (*See* Sched. Order (Dkt. # 15).)  In light of counsel's repeated representations that Mr. Van Wyk intends to dismiss his claims against Ms. Defrese, and in the interest of efficient management of the court's trial calendar, the court ORDERS Mr. Van Wyk to show cause, by no later than **May 1, 2026**, why the court should not strike the trial date and all pretrial deadlines.  Failure to respond to the order to show cause will result in the court striking the trial date.

Dated this 27th day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2