UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| MENNO VAN WYK, an unmarried individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION, a Delaware corporation; ALISON RUTH DEFRESE, an individual; and ALISON RUTH DEFRESE and JOHN DOE DEFRESE, a marital community,<br><br>    Defendants. | NO.  2:25-cv-00031-JLR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>*Note on Motion Calendar:  May 1, 2026* |

Plaintiff, MENNO VAN WYK, and Defendant ALISON RUTH DEFRESE, stipulate and request that the Court dismiss all claims against Defendant Alison Ruth Defrese in this matter ***with prejudice*** and without costs, as the parties have reached a mutually agreeable resolution, but ***dismiss this matter without prejudice.***

DATED this 28th day of April 2026.

BENDER LAW | PLLC

*/s/ John Bender*

John Bender, WSBA 19540
450 Alaskan Way South, Suite 200
Seattle, Washington 98104
(206) 577-7987
john@bender-law.com

*Attorney for Plaintiff*

STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL WITHOUT PREJUDICE - Page 1 of 2

**ORDER**

THIS MATTER came before the Court on the foregoing stipulation between Plaintiff MENNO VAN WYK, and Defendant ALISON RUTH DEFRESE.

It is hereby ORDERED that the claims against Defendant ALISON RUTH DEFRESE are dismissed in their entirety, ***with prejudice***, and without costs to either party, and ***dismiss this matter without prejudice***.

IT IS SO ORDERED this 29th day of April 2026.

_____
HONORABLE JAMES L. ROBART

*Presented by:*

*/s/ John Bender*

_____
John Bender, WSBA 19540
450 Alaskan Way South, Suite 200
Seattle, Washington 98104
(206) 577-7987
john@bender-law.com

*Attorney for Plaintiff*

*Approved; Notice of Presentment Waived:*

*/s/ Alison Ruth Defrese*

_____
Alison Ruth Defrese, Pro Se Defendant
1241 N. Groton Street
Anaheim, CA 92801
alisondefrese@gmail.com

STIPULATION AND [~~PROPOSED~~] ORDER OF
DISMISSAL WITHOUT PREJUDICE - Page 2 of 2